**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RELINDA JENETTE OVERTURF
a/k/a RELINDA JENETTE WOODRING**                                         **PETITIONER**
**#33222**

**v.**                                          **Case No. 4:23-cv-01218-KGB**

**DEXTER PAYNE**                                                          **RESPONDENT**

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 12). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). *Pro se* petitioner Relinda Jenette Overturf's petition for a writ of *habeas corpus* is denied without prejudice (Dkt. No. 1). The Court declines to issue a certificate of appealability. Ms. Overturf may still apply to the Eighth Circuit Court of Appeals for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge