**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RELINDA JENETTE OVERTURF**
**a/k/a RELINDA JENETTE WOODRING**                                    **PETITIONER**
**#33222**

**v.**                                    **Case No. 4:23-cv-01218-KGB**

**DEXTER PAYNE**                                                         **RESPONDENT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that petitioner Relinda Jenette Overturf's petition for a writ of *habeas corpus* is denied without prejudice (Dkt. No. 1).  The Court declines to issue a certificate of appealability.

It is so adjudged this 15th day of June, 2026.

Kristine G. Baker
Chief United States District Judge